Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Timothy Michael Hanson**<br>**Stacylyn Grace Hanson**<br>SSN: XXX-XX-4773<br>SSN: XXX-XX-5254<br>Debtor(s). | Bankruptcy No. 09-29394 RKM  |

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on June 27, 2011, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1007 in the amount of $263.29 was sent to Verizon Wireless. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on October 6, 2011.

DATED October 6, 2011

Elizabeth Rose Loveridge
Chapter 7 Trustee

T\UnclaimedFunds.10.5.2011

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT 84111
>
>Timothy Michael Hanson & Stacylyn Grace Hanson
>3401 West 5775 South
>Salt Lake City, UT 84118
>
>Russell G. Evans
>Rulon T. Burton & Assoc.
>6000 South Fashion Blvd.
>Murray, UT 84107

*/s/ Renee Christensen*

T:\UnclaimedFunds.10.5.2011